FILED:  January 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1013
(5:21-cv-00018-JPB)

_____

LIBERTY MUTUAL INSURANCE COMPANY,

       Plaintiff – Appellee,

v.

ATAIN SPECIALTY INSURANCE COMPANY, formerly doing business as USF
Insurance Company,

       Defendant – Appellant,

and

MCCLURE MANAGEMENT, LLC; CINDY KAY ADAMS,

       Defendants,

v.

SIMKISS AGENCY, INC., d/b/a Simkiss & Block; SIMKISS & BLOCK;
DANIEL P. DUNIGAN

       Third Party Defendants.

_____

O R D E R

_____

The court amends its opinion filed January 15, 2025, as follows:

On the cover page, the decided date is corrected to January 15, 2025.

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk